UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN JACOB,

       Plaintiff,                        CASE NO. 05-72213

-vs-                                     PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER (1) ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On June 30, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. The Magistrate found that Plaintiff's subjective complaints of mental and physical impairment lacked objective medical support.

Having considered the Magistrate's R&R,

**IT IS ORDERED** that (1) the Magistrate Judge's recommendation is adopted and entered as the findings and conclusions of this Court; (2) Defendant's Motion for Summary Judgment is GRANTED; and (3) Plaintiff's Motion for Summary Judgment is DENIED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: August 24, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 24, 2006.

                                                s/Denise Goodine
                                                Case Manager